■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MCENENY, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [700 NYS2d 699] —Judgment, Supreme Court, Bronx County (John Byrne, J.), entered on or about February 23, 1998, dismissing the petition for a writ of habeas corpus, unanimously affirmed, without costs.

The court properly dismissed petitioner's application for a writ of habeas corpus seeking restoration to parole status since the second parole violation warrant issued by respondent "did not amount to a mere rehash of the first proceeding, as it was based on a new circumstance, i.e., his conviction" (*People ex rel. Williams v Rodriguez*, 108 AD2d 1007, 1008, *lv denied* 65 NY2d 603). We have considered and rejected petitioner's remaining arguments. Concur—Williams, J. P., Wallach, Andrias and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK RIVERA, Appellant. [700 NYS2d 699] —Judgment, Supreme Court, Bronx County (Phylis Skloot Bamberger, J.), rendered December 4, 1996, convicting defendant, after a nonjury trial, of robbery in the first degree (two counts), robbery in the second degree (two counts), burglary in the first degree and criminal impersonation in the first degree, and sentencing him, as a second violent felony offender, to three terms of 6 to 12 years, two terms of 4 to 8 years, and a term of 1½ to 3 years, all sentences to be served concurrently, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. We see no reason to disturb the court's determinations concerning credibility. Concur—Williams, J. P., Mazzarelli, Wallach, Andrias and Friedman, JJ.